# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America and
State of Michigan,

           Plaintiffs,

v.

W.A. Foote Memorial Hospital
d/b/a Allegiance Health,

           Defendant.

_____/

Case No. 15-cv-12311

Judith E. Levy
United States District Judge

Mag. Judge David R. Grand

## ORDER GRANTING DEFENDANT'S MOTION FOR ORAL ARGUMENT AND DENYING AS MOOT MOTION TO CONTINUE TRIAL DATE [110]

Before the Court is defendant Henry Ford Allegiance Health's motion for oral argument regarding the question of whether the Court has jurisdiction over this case, and to continue the trial date. (Dkt. 110.)

The Court finds that oral argument may aid the Court in ruling on the issues raised by the Court's July 20, 2017 order. (Dkt. 107.)

Accordingly, Allegiance Health's motion for oral argument is GRANTED.

The trial date has already been continued. Defendant's motion on this issue is therefore DENIED AS MOOT.

It is ORDERED that oral argument will be held on Thursday, October 5, 2017 at 10:00a.m.

IT IS SO ORDERED.

Dated: August 17, 2017       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 17, 2017.

     s/Shawna Burns
     SHAWNA BURNS
     Case Manager